JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VANESSA TOVAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., a Delaware Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04745 CJC (PJWx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT AND SUBMIT CLAIMS TO BINDING ARBITRATION** |

## **ORDER**

On July 6, 2020, the Parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action and Submit Claims to Binding Arbitration. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is granted; and
2. The Central District of California case number 2:20-cv-04745 CJC (PJWx) is hereby remanded to Santa Barbara County Superior Court.

**IT IS HEREBY ORDERED.**

Dated: July 7, 2020

_____
HON. CORMAC J. CARNEY